## Commonwealth *v.* Burton, Appellant.

Submitted June 9, 1975. *Ernest Kardas,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.


## Commonwealth *v.* Buszka, Appellant.

Submitted September 9, 1974. *Kalvin Kahn,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.